UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALEZ; ERIN ORMONDE; STEVAN ROSENLIND,<br><br>        Plaintiffs,<br><br>   v.<br><br>TULARE COUNTY SHERIFF'S DEPUTY G. MARKS; TULARE COUNTY SHERIFF'S DEPUTY G. BONILLA; TULARE COUNTY SHERIFF'S DETECTIVE S. SANCHEZ; TULARE COUNTY SHERIFF'S DEPUTY HADLEY; TULARE COUNTY SHERIFF'S SERGEANT FOSNAUGH; TULARE COUNTY SHERIFF'S SERGEANT WELLER; TULARE COUNTY SHERIFF'S LIEUTENANT MAY; TULARE COUNTY SHERIFF'S DEPUTY J. NATION; TULARE COUNTY SHERIFF'S DEPUTY WORLEY; TULARE COUNTY SHERIFF'S DEPUTY SANCHEZ; TULARE COUNTY SHERIFF'S DEPUTY BUCKMASTER; TULARE COUNTY SHERIFF'S SERGEANT HAGER; UNKNOWN LAW ENFORCEMENT OFFICERS; THE COUNTY OF TULARE, CALIFORNIA,<br><br>        Defendants. | 1:07-cv-0949 OWW GSA<br><br>ORDER FOR FURTHER SCHEDULING CONFERENCE<br><br>Date: 11/1/07 10:30 Ctrm. 3 |

I.   Date of Scheduling Conference.

    October 25, 2007.

///

1

II.	Appearances Of Counsel.

    Kevin G. Little, Esq., appeared on behalf of Plaintiffs.

    Teresa M. Saucedo, Esq., Deputy County Counsel, appeared on behalf of Defendants.

III.	Further Scheduling Conference.

    1.	Due to Plaintiff's late filing of his Scheduling Report, the parties have been directed to prepare a Joint Scheduling Report.

    2.	This Scheduling Conference is continued to November 1, 2007, at 10:30 a.m.  Ms. Saucedo is authorized to appear telephonically.

IT IS SO ORDERED.

Dated:   October 25, 2007                    /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE