UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALEZ; ERIN ORMONDE; STEVAN ROSENLIND,<br><br>         Plaintiffs,<br><br>     v.<br><br>TULARE COUNTY SHERIFF'S DEPUTY G. MARKS, et al.,<br><br>         Defendants. | 1:07-cv-0949 OWW GSA<br><br>ORDER TO SHOW CAUSE RE: STATUS OF KEVIN G. LITTLE AS ATTORNEY OF RECORD |

To Plaintiffs and their attorney of record, Kevin G. Little:

Kevin G. Little is ordered to appear on August 25, 2008, at 10:00 a.m. to show cause, if any he has, why he should not be relieved as counsel of record and this case transferred to new attorneys for the Plaintiff.

IT IS SO ORDERED.

Dated:   August 1, 2008                    /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE

1