```
                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA


DAVID GONZALEZ,                )
ET.AL.,                        )
                               )
                 Plaintiff     )          1:07-cv-949 OWW GSA
                               )
      v.                       )
                               )
G MARKS,        )              )
ET.AL.,                        )
                               )
                 Defendant     )      ORDER
_____)
```

     Paul J. Markovitz, M.D., Ph.D. is ordered to provide an update
to his medical opinion regarding Mr. Kevin Little's current ability
to practice law and perform the functions of an attorney.

     The opinion shall be marked "personal and confidential" and
submitted on or before August 22, 2008 at 4:00 p.m.

IT IS SO ORDERED.

**Dated:    August 21, 2008**          _____/s/ Oliver W. Wanger_____
                                       UNITED STATES DISTRICT JUDGE

1