KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
TERESA SAUCEDO, # 093121
Chief Deputy County Counsel
CRYSTAL E. SULLIVAN, #176564
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 733-6263
Fax: (559) 737-4319

Attorneys for County of Tulare, et al.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALEZ; ERIN ORMONDE; STEVAN ROSENLIND,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>TULARE COUNTY SHERIFF'S DEPUTY G. MARKS; TULARE COUNTY SHERIFF'S DEPUTY G. BONILLA; TULARE COUNTY SHERIFF'S DETECTIVE S. SANCHEZ; TULARE COUNTY SHERIFF'S DEPUTY HADLEY; TULARE COUNTY SHERIFF'S SERGEANT FOSNAUGH; TULARE COUNTY SHERIFF'S SERGEANT WELLER; TULARE COUNTY SHERIFF'S LIEUTENANT MAY; TULARE COUNTY SHERIFF'S DEPUTY J. NATION; TULARE COUNTY SHERIFF'S DEPUTY WORLEY; TULARE COUNTY SHERIFF'S DEPUTY SANCHEZ; TULARE COUNTY SHERIFF'S DEPUTY BUCKMASTER; TULARE COUNTY SHERIFF'S SERGEANT HAGER; UNKNOWN LAW ENFORCEMENT OFFICERS; THE COUNTY OF TULARE, CALIFORNIA,<br><br>　　　　　　　　　　Defendants. | Case Number: 1:07-cv-00949-OWW-NEW<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES** |

　　　　Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate as follows:

    1.      Pursuant to the Scheduling Conference Order filed November 5, 2007, the following deadlines are currently in effect:

        (a)    Expert Disclosures: November 3, 2008

        (b)    Supplemental Expert Disclosure – December 1, 2008

        (c)    Discovery Cut-off: January 2, 2009

        (d)    Non-Dispositive Motion Filing Deadline: January 16, 2009

        (e)    Dispositive Motion Filing Deadline: February 2, 2009

        (f)    Non-Dispositive Hearing Deadline: February 20, 2009

        (g)    Dispositive Hearing Deadline: March 9, 2009

    2.      As the parties desire additional time to complete expert discovery, the parties respectfully request that deadlines (a) through (g) each be extended by 4 weeks, to the following dates:

        (a)    Expert Disclosures: December 1, 2008

        (b)    Supplemental Expert Disclosure – December 29, 2008

        (c)    Discovery Cut-off: January 30, 2009

        (d)    Non-Dispositive Motion Filing Deadline: February 13, 2009

        (e)    Dispositive Motion Filing Deadline: March 2, 2009

        (f)    Non-Dispositive Hearing Deadline: March 20, 2009

        (g)    Dispositive Hearing Deadline: April 6, 2009

    3.      All other dates will remain as previously calendared.

Dated: October 27, 2008        KEVIN G. LITTLE

        By:    /s/ Kevin G. Little (as authorized on 10-27-08)
              Kevin G. Little
              Attorney for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

KATHLEEN BALES-LANGE
Tulare County Counsel


By: /s/ Teresa Saucedo
    Teresa Saucedo
    Chief Deputy County Counsel
    Attorney for Defendants


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: October 29, 2008        /s/ OLIVER W. WANGER
                               HONORABLE OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE