IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALEZ, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TULARE COUNTY SHERIFF'S DEPUTY G. MARKS, et al.,<br><br>Defendants. | 1:07-cv-00949 OWW GSA<br><br>ORDER GRANTING EX PARTE APPLICATION RE DEFENDANTS' MOTION TO COMPEL<br><br>(Document 37) |

Defendants application for an Order Shortening Time for the hearing on the motion to compel the deposition of Plaintiff David Gonzalez and the disclosure of David Gonzalez' mental health records is granted. The hearing shall be held on January 23, 2009, at 9:30 a.m.

IT IS SO ORDERED.

**Dated:   January 20, 2009**            **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

1