KEVIN G. LITTLE, SBN 149818
ATTORNEY AT LAW
6083 N. Figarden Drive, No. 188
Fresno, California 93722
Telephone:  (559) 708-4750
E-mail: kevinglittle@yahoo.com

Attorney for Plaintiffs David Gonzalez, Erin Ormonde
and Stevan Rosenlind

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| DAVID GONZALEZ; ERIN ORMONDE; )<br>STEVAN ROSENLIND, )<br>　　　　　　　　　　　　　　　　)<br>Plaintiffs, )<br>　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　)<br>TULARE COUNTY SHERIFF'S DEPUTY)<br>G. MARKS, et al., )<br>　　　　　　　　　　　　　　　　)<br>Defendants. )<br>_____) | Case No.  07-CV-F-00949-OWW GSA<br><br>ORDER RE:<br>APPLICATION FOR APPOINTMENT OF<br>GUARDIAN *AD LITEM* FOR PLAINTIFF<br>DAVID GONZALEZ;  SUPPORTING<br>DECLARATION OF COUNSEL |

　　　　This matter is before the Court on the application for the appointment of a guardian ad

litem for plaintiff David Gonzalez, a mentally disabled adult.

　　　　Good cause appearing, the Court hereby appoints Richard Gonzalez as the guardian

*ad litem* for the subject plaintiff.

　　　　IT IS SO ORDERED.

Dated: February 26, 2009　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　United States District Judge