UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GONZALEZ; ERIN ORMONDE; STEVAN ROSENLIND,<br><br><br><br>Plaintiff,<br><br>v.<br><br>TULARE COUNTY SHERIFF'S DEPUTY G. MARKS, ET. AL.<br><br>Defendant. | 1:07-CV-00949 OWW GSA<br><br><br>**ORDER DISMISSING ACTION** |

Pursuant to the Stipulation for dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:    June 24, 2009**                          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1