**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID GONZALEZ; ERIN ORMONDE; STEVAN ROSENLIND<br><br>                    Plaintiffs,<br><br>     v.<br><br>TULARE COUNTY SHERIFF'S DEPUTY G. MARKS, ET Al.,<br><br>                    Defendants. | 07-CV-00949-OWW-GSA<br><br>ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

In light of the parties' settlement and stipulation for dismissal (Doc. 55) and the subsequent order dismissing this action (Doc. 57), Defendants' motion for summary judgment (Doc. 45) is DENIED as moot.

IT IS SO ORDERED.

Dated:   July 7, 2009                            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE